IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01918-RBJ-BNB

ANGELA COPE,

Plaintiff,

v.

PACKING CORP. OF AMERICA,

Defendant.

_____

## ORDER
_____

      I am informed that this case has been resolved.  Accordingly,

      IT IS ORDERED that on or before May 26, 2014, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated May 19, 2014.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge